Order entered October ⎫⎩ , 2012



In The

**Court of Appeals**

**Fifth District of Texas at Dallas**

**No. 05-11-01702-CR**
**No. 05-11-01703-CR**

**PRESTON QUIN BOAN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause Nos. 401-80538-07, 401-80539-07**

## ORDER

The Court **ORDERS** court reporter Jan Dugger to file, within **FIFTEEN DAYS** of the date of this order, a supplemental record containing a copy of State's Exhibit no. 18, the arrest video.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Jan Dugger, official court reporter of the 296th Judicial District Court, and to counsel for all parties.

DAVID L. BRIDGES
JUSTICE